## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

BRENDA L. VIRELLA
313 Arden Road W
Brooklyn Park, MD 21225


Plaintiff,

v.                                                              **Civil Action No.:**_____

M.B.G. ENTERPRISES, INC.
7457 Shipley Avenue                                            **JURY TRIAL DEMANDED**
Harmans, MD 21077

Serve On:  Resident Agent
           Daniel Gunther
           7457 Shipley Avenue
           Harmans, MD 21077

Defendant.

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

The Plaintiff, Brenda L. Virella, (hereinafter referred to as "Plaintiff" ), by and through her attorneys, Robert E. Joyce and the Law Office of Barry R. Glazer, LLC, sues the above-captioned Defendant and in support states as follows:

1.     Plaintiff is a resident of the state of Maryland residing at 313 Arden Road, Brooklyn Park, Anne Arundel County, Maryland.

2.     Defendant is a transportation and sanitation services corporation with its principal place of business located at 7457 Shipley Avenue, Harmans, Anne Arundel County, Maryland.

3.     This is a civil action brought under 42 U.S.C. "2000(e), et seq. (Title VII of the

Civil Rights Act of 1964, as amended) for employment discrimination on the basis of race, color, religion, sex and/or national origin.

4.      Plaintiff other and further brings this action under 29 U.S.C. "621, et seq. (Age Discrimination in Employment Act of 1967, as amended) for employment discrimination on the basis of age.  Plaintiff was 60 years old at the time of her wrongful discharge and her date of birth is: 9/7/1959.

5.      Plaintiff other and further brings this action under 29 U.S.C. "701, et seq., (Rehabilitation Act of 1973) for employment discrimination on the basis of a disability by and employer which constitutes a program or activity receiving federal financial assistance.

6.       Plaintiff other and further brings this action under 42 U.S.C. "12101, et seq., (The Americans with Disabilities Act of 1990) for employment discrimination on the basis of disability. Plaintiff brings this case because the Defendant, by and through its agent, servant and/or employee Daniel Gunter, wrongfully terminated her employment in late April, 2020. Plaintiff, a caucasian woman, was involved in a physical altercation at work with a younger black male employee and was severely injured.  After a failed criminal prosecution against the co-employee and the filing of a workers compensation claim, she was wrongfully terminated. The other employee was not fired.

7.      As stated above, these actions, policies, rules and regulations enacted, implemented and enforced against Plaintiff, and others, were designed specifically to discriminate against Plaintiff in their terms because of Plaintiff's race, color, religion, sex, familial status, disability and/or national origin in violation of  42 U.S.C. "2000(e), et seq., 29 U.S.C. "621, et seq., 29 U.S.C. "701, et seq. and 42 U.S.C. "12101, et  seq.

8.      The Defendant employer employs approximately 201 - 500 employees.

9.      The discrimination as aforesaid occurred between March 4, 2020 to the end of April 2020.

10.      Plaintiff filed charges with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter from the EEOC dated on or about July 6, 2021.

11.      The discriminatory actions of the Defendant as aforesaid were intentional, willful and taken in malicious and wanton disregard for the rights of Plaintiff.

WHEREFORE, the Plaintiff, Brenda Virella, prays that this honorable Court enter an Order that:

A.   Declares that the discriminatory practices of the Defendant, as set forth above, violate  42 U.S.C. "2000(e), et seq., 29 U.S.C. "621, et seq., 29 U.S.C. "701, et seq. and 42 U.S.C. "12101, et  seq.;

B.  Enjoins the Defendants, their agents, employees, and successors, and all other persons in active concert or participation with any of them, from discriminating on the base of race, color, sex, familial status, disability and/or national origin in any aspect of their employment;

C.  Awards such damages as would fully compensate Plaintiff due to Defendant's discrimination and for injuries caused by Defendant's discriminatory actions including but not limited to back pay and reinstatement to her former position, as well as attorneys fees and costs;

D.  Awards punitive damages to Plaintiff as a result of Defendant's discriminatory practices as alleged, and,

E.  Such other and further relief as the interests of justice so require.

Respectfully submitted,

_____/s/_____

Robert E. Joyce
Federal Bar I.D. #26427
Law Office of Barry R. Glazer, LLC
P.O. Box 27166
1010 Light Street
Baltimore, MD 21230
(443) 904-5706

Attorneys for Plaintiff

## **PRAYER FOR JURY TRIAL**

Plaintiff, by and through undersigned counsel, hereby respectfully requests a jury trial in the above-captioned matter.

Respectfully submitted,

_____/s/_____

Robert E. Joyce
Federal Bar I.D. #26427
Law Office of Barry R. Glazer, LLC
P.O. Box 27166
1010 Light Street
Baltimore, MD 21230
(443) 904-5706

Attorneys for Plaintiff

4